**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BELINDA YVETTE JOHNSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-3939 |
| | : | |
| COMMISSIONER OF SSA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 25th day of October, 2023, after review of the Report and Recommendation of U.S. Magistrate Judge Carol Sandra Moore Wells, to which no objections were filed, it is hereby **ORDERED** as follows:

1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

2.  Judgment is entered in favor of Plaintiff, Belinda Yvette Johnson, and against Defendant, the Commissioner of the Social Security Administration; and

3.  This case is **REMANDED** to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), so that the Administrative Law Judge can adequately explain the evidence that directly conflicts with Plaintiff's treating physicians and mental health specialists.  In reconciling any conflicting evidence, she shall evaluate whether any opinions are consistent with each

other and whether this amounts to substantial evidence in favor or against Plaintiff's

claims.

**BY THE COURT:**


 */s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**